# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**DALE MICHAEL BOWERS,**

    Appellant,   **CASE NO.   1:11-CV-898**
                              Bankruptcy Case No. 1:10-ap-1188

-vs-

                              **Judge Timothy S. Black**

**RODNEY ROGERS,**

    Appellee.

_____

## JUDGMENT IN A CIVIL CASE
_____

    **[ ]**    **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]**    **Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Decision of the Bankruptcy Court is **REVERSED**, and this case is **REMANDED** for further proceedings.  This case is **CLOSED** on the docket of this Court.

Date: September 10, 2012                              **JOHN P. HEHMAN, CLERK**

                                                        By: *s/ M. Rogers*
                                                            Deputy Clerk